UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   **09-CV-61898-Moreno-Torres**

HORST HEINRICH BREMER,
an individual,

      Plaintiff,

vs.

COLLECTO, INC., a Massachusetts
corporation, doing business as Collection
Company of America, Inc.,

      Defendant.

_____/

```
FILED by   VT    D.C.
ELECTRONIC

Nov. 30, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

      Plaintiff, Horst Heinrich Bremer, an individual, sues Defendant, Collecto, Inc., a

Massachusetts corporation, doing business as Collection Company of America, Inc., and alleges:

### *INTRODUCTION*

      1.    This is an action for violation of 15 U.S.C. §1692, *et seq.*, known more commonly

as the "Federal Fair Debt Collection Practices Act" ("FDCPA"), and 15 U.S.C. §1681, *et seq.*,

known more commonly as the "Fair Credit Reporting Act" ("FCRA").

### *JURISDICTION*

      2.    Jurisdiction of this Court arises under 15 U.S.C §1692k and 28 U.S.C.§1337, and

supplemental jurisdiction exists for the state law claim pursuant to 28 U.S.C.§ 1367.

### *ALLEGATIONS AS TO PARTIES*

      3.    Plaintiff, Horst Heinrich Bremer ("Mr. Bremer") is *sui juris* and a resident of

Broward County, Florida.

4.      Defendant, Collecto, Inc. ("Collection Company"), is a Massachusetts corporation doing business as Collection Company of America, Inc. in Broward County, Florida.

5.      Collection Company is properly subject to jurisdiction in the State of Florida and venue in this District pursuant to the Florida Long-Arm Jurisdiction Statute through the causation of injury in this state caused by acts or omissions outside the state.

## FACTUAL ALLEGATIONS

### A. *Mr. Bremer as a Victim of a Mixed or Merged Consumer File*

6.      Several years prior to the filing of the instant action, a person by the name of "Horst Premer" of 8551 La Prada Drive, Apt. 2114, Dallas, Texas 75228-5077 ("Mr. Premer") opened Account No. 214660-7170 340 7 with AT&T ("AT&T Account") for personal and household purposes.

7.      Mr. Bremer is not Mr. Premer and has never held himself out as Mr. Premer.

8.      In or about June, 2008, Mr. Bremer attempted to obtain a home refinancing loan. However, Mr. Bremer was denied favorable rates as a result of then unknown adverse credit information on his consumer reports.

9.      In order to determine the reason for his inability to obtain favorable credit terms, Mr. Bremer ordered a consumer report from TransUnion Corporation ("TransUnion") under Report No. 212594418, dated June 26, 2008 ("6-26-2008 TransUnion Credit Report").

10.     Mr. Bremer declines to attach a copy of the 6-26-2008 TransUnion Credit Report as a result of his well-founded concern that the information contained therein may be purloined by unknown third parties for unlawful purposes. Mr. Bremer will produce a copy of the 6-26-2008 TransUnion Credit Report to Defendant upon entry of an appropriate confidentiality order.

11.     Pursuant to the 6-26-2008 TransUnion Credit Report, Collection Company

reported to TransUnion that Mr. Bremer owed the sum of Three Hundred Twelve Dollars ($312.00) on the AT&T Account.

**B.  _Unlawful Reporting and Collection Practices of Collection Company_**

12.     Upon discerning that improper information was being reported on his consumer report, Mr. Bremer began the time-consuming ordeal of attempting to clear his credit report of the adverse information being reported by Collection Company.  The efforts of Mr. Bremer included multiple requests for reinvestigation to TransUnion ("Requests for Reinvestigation") informing TransUnion that was reported in error and that he was not the person who had opened the AT&T Account.

13.     Pursuant to the dispute procedures mandated by the FCRA, TransUnion reported the information contained in the Request for Reinvestigation to Collection Company.

14.     Despite the receipt of the information by Mr. Bremer that the AT&T Account was being reported in error and that Mr. Bremer was not the person who owed money on the AT&T Account, Collection Company refused to otherwise remove the tradeline from the consumer report of Mr. Bremer.

15.     On or about August 28, 2008, Mr. Bremer sent or caused to be sent to Collection Company a letter requesting validation of the debt pursuant to the rights afforded consumers under the FDCPA ("Validation Demand").

16.     A true and correct copy of the Validation Demand, together with return receipt, is attached hereto and incorporated herein by reference as Exhibit "A."

17.     Upon receipt of the Validation Demand, Collection Company sent to Mr. Bremer a letter dated September 24, 2008 addressed to "Horst Premer" ("Validation Response").

18.     A true and correct copy of the Validation Response, with enclosures, is attached

hereto and incorporated herein by reference as Composite Exhibit "B."

19.    Pursuant to the Validation Response, Collection Company provided Mr. Bremer with various monthly bills for the AT&T Account addressed to someone other than Mr. Bremer, to wit: Horst Premer.

20.    Despite the fact that Collection Company knew that Mr. Bremer was not Mr. Premer, Collection Company nonetheless demanded payment from Mr. Bremer on a debt that was not his and continued to report adverse credit information as to Mr. Bremer.

21.    If Collection Company had bothered to review the Request for Reinvestigation and the records that it had obtained in order to respond to the Validation Demand, Collection Company would have quickly discerned that Mr. Bremer had been improperly subject to collection and adverse credit reporting.

22.    Out of sheer frustration, Mr. Bremer sent or caused to be sent to Collection Company a letter dated October 3, 2008 ("Cease and Desist Notice").

23.    A true and correct copy of the Cease and Desist Notice is attached hereto and incorporated herein by reference as Exhibit "C."

24.    Pursuant to the Cease and Desist Notice, Mr. Bremer once again informed Collection Company that the debt represented by the AT&T Account was disputed and that the records of Collection Company were inaccurate.

25.    Through the continued efforts of Mr. Bremer to obtain accurate reporting by Collection Company, on or about October 9, 2008, TransUnion sent or caused to be sent to Mr. Bremer a notice concerning its investigation ("Deletion Notice").

26.    A true and correct copy of the Deletion Notice is attached hereto and incorporated herein by reference as Exhibit "D."

27.     Pursuant to the Deletion Notice, TransUnion informed Mr. Bremer that the AT&T Account would be deleted.

28.     In the happy belief that the Collection Company dispute was behind him, Mr. Bremer continued with his plans to reapply for credit.

29.     Unfortunately, once again Mr. Bremer became aware that derogatory information was being reported by Collection Company and was once again denied favorable terms for the refinancing of his home.

30.     At the request of Mr. Bremer, TransUnion sent or caused to be sent to Mr. Bremer a credit report dated October 16, 2009, File No. 212594418 ("10-16-2009 TransUnion Credit Report").

31.     Mr. Bremer declines to attach a copy of the 10-16-2009 TransUnion Credit Report as a result of his well-founded concern that the information contained therein may be purloined by unknown third parties for unlawful purposes.  Mr. Bremer will produce a copy of the 6-26-2008 TransUnion Credit Report to Defendant upon entry of an appropriate confidentiality order.

32.     Pursuant to the 10-16-2009 TransUnion Credit Report, Collection Company again was reporting that Mr. Bremer owed money to Collection Company for the AT&T Account.

33.     In his communication to TransUnion, Collection Company failed to disclose to TransUnion that the AT&T Account was disputed by Mr. Bremer.

34.     In its communication to TransUnion, Collection Company falsely reported to TransUnion that Mr. Bremer owed money on the AT&T Account when in fact Collection Company knew that Mr. Bremer was not responsible for the AT&T Account.

## COUNT I - ACTION FOR VIOLATION OF THE
## FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1692 *ET SEQUI.)*

35.     This is action for violation of 15 U.S.C. §1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA")

36.     Mr. Bremer realleges and reaffirms the allegations contained in Paragraphs 1 through 34 above as if set forth hereat in full.

37.     At all times material hereto, Mr. Bremer was a "consumer" as said term is defined under 15 U.S.C. §1692a(3).

38.     At all times material hereto, Collection Company was a "creditor" as said term is defined under 15 U.S.C. §1692a(4).

39.     At all times material hereto, the AT&T Account was a "debt" as said term is defined under 15 U.S.C. §1692a(5)

40.     At all times material hereto, Collection Company was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

41.     As more particularly described above, Collection Company has violated the FDCPA in that Collection Company has:

(a)     used false, deceptive, or misleading representations in connection with the collection of any debt in contravention of 15 U.S.C. §1692e;

(b)     communicated to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed in contravention of 15 U.S.C. §1692e(8);

(c)     used false representations or deceptive means to collect or attempt to collect any debt in contravention of 15 U.S.C. §1692e(10); and

(d)     used unfair and unconscionable means to collect or attempt to collect a debt in contravention of 15 U.S.C. §1692f.

42.     As a direct and proximate result of the violation of the FDCPA by Collection Company, Mr. Bremer has been damaged. The damages of Mr. Bremer include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and embarrassment and damage to the credit and credit reputation of Mr. Bremer.

43.     Pursuant to 15 U.S.C. §1692k, Mr. Bremer is entitled to recover actual damages together with statutory damages of $1,000.00, together with court costs and reasonable attorneys fees.

44.     Mr. Bremer has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiff, Horst Heinrich Bremer, an individual, demands judgment against Defendant, Collecto, Inc., a Massachusetts corporation, for damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

## COUNT II - ACTION FOR VIOLATION OF THE
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

45.     This is action for damages for violation of the Florida Consumer Collection Practices Act ("FCCPA") brought herein pursuant to the doctrine of pendant jurisdiction.

46.     Mr. Bremer realleges and reaffirms the allegations contained in Paragraphs 1 through 34 above as if set forth hereat in full.

47.     At all times material hereto, the AT&T Account constituted a "debt" or "consumer debt" as said terms are defined under Florida Statutes §559.55(1).

48.     At all times material hereto, Mr. Bremer was a "debtor" or "consumer debtor" as said terms are defined under Florida Statutes §559.55(2).

49.     At all times material hereto, AT&T was a "creditor" as said term is defined under Florida Statutes §559.55(3).

50.     At all times material hereto, Collection Company was a "debt collector" as said term is defined under Florida Statutes §559.55(6).

51.     As more particularly described above, Collection Company has violated the FCCPA in that Collection Company has:

        (a)     disclosed to a person other than Mr. Bremer or his family information affecting the reputation of Mr. Bremer, whether or not the credit worthiness, with knowledge or reason to know that the information was false in contravention of Florida Statutes §559.72(5);

        (b)     disclosed information concerning the existence of a debt known to be reasonably disputed by Mr. Bremer without disclosing that fact in contravention of Florida Statutes §559.72(6); and

        (c)     willfully engaged in conduct which could reasonably be expected to abuse or harass Mr. Bremer, to wit: the collection of a debt which was not owed by Mr. Bremer, in contravention of Florida Statutes §559.72(7) ; and

        (d)     claimed, attempted, or threatened to enforce a debt or legal right when Collection Company knew that such right or debt did not exist or is not legitimate, in contravention of Florida Statutes §559.72(9);

52.     As a direct and proximate result of the violation of the FCCPA by Collection Company, Mr. Bremer has been damaged. The damages of Mr. Bremer include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and

embarrassment and damage to the credit and credit reputation of Mr. Bremer.

53.     Ms. Bremer has retained the undersigned law firm to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

54.     Pursuant to Florida Statute §559.77, Mr. Bremer is entitled to recover actual and punitive damages together with statutory damages of $1,000.00, together with reasonable attorney's fees and court costs.

WHEREFORE, Plaintiff, Horst Heinrich Bremer, an individual, demands judgment against Defendant, Collecto, Inc., a Massachusetts corporation, doing business as Collection Company of America, Inc., for actual, statutory and punitive damages, together with interest, costs and attorney's fees pursuant to Florida Statutes Section 559.77.

## COUNT III - ACTION FOR WILLFUL VIOLATION OF
## THE FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681, *ET SEQUI*

55.     This is an action for the willful violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et sequi* ("Act").

56.     Mr. Bremer realleges and reaffirms the allegations contained in Paragraphs 1 through 34 above as if set forth hereat in full.

57.     Pursuant to the Act, all persons who furnished information to reporting agencies must participate in reinvestigations conducted by the agencies when consumers dispute the accuracy and completeness of the information contained in a consumer credit report.

58.     Pursuant to the Act, a furnisher of disputed information is notified by the reporting agency when the agency receives a notice of dispute from a consumer such as Mr. Bremer. The furnisher must then conduct a timely investigation of the disputed information and review all relevant information provided by the agency.

59.     The results of the investigation must be reported to the agency and, if the investigation reveals that the original information is incomplete or inaccurate, the information from a furnisher such as Collection Company must report the results to other agencies which were supplied such information.

60.     Collection Company violated 15 U.S.C. §1681s by:

A.  Publishing information pertaining to the debt represented by the AT&T Account without also including the notation that the debt was disputed;

B.  Failing to fully and properly investigate the dispute of Mr. Bremer with respect to the AT&T Account;

C.  Failing to review all relevant information regarding same; and

D.  Failing to correct the report results in an inaccurate investigation to the credit reporting agencies.

61.     As a result of the conduct, action and inaction of Collection Company, Mr. Bremer has suffered damage for the loss of credit, loss of the ability to purchase and benefit from credit, and the mental and emotional pain, anguish, humiliation, embarrassment of credit denials.

62.     The conduct, action and inaction of Collection Company was willful, rendering Collection Company liable for actual and punitive damages in an amount to be determined by a jury pursuant to 15 U.S.C. §1601n.

63.     Mr. Bremer is entitled to recover reasonable costs and attorney's fees from Collection Company in an amount to be determined by the Court pursuant to 15 U.S.C. §1601n.

WHEREFORE, Plaintiff, Horst Heinrich Bremer, an individual, demands judgment against Defendant, Collecto, Inc., a Massachusetts corporation, doing business as Collection

Company of America, Inc., for actual and punitive damages together with attorney's fees and court costs pursuant to 15 U.S.C. §1601n.

## COUNT IV - ACTION FOR NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681, *ET SEQUI*

64.     This is an action for the negligent violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et sequi* ("Act").

65.     Mr. Bremer realleges and reaffirms the allegations contained in Paragraphs 1 through 34 above as if set forth hereat in full.

66.     Pursuant to the Act, all persons who furnished information to reporting agencies must participate in re-investigations conducted by the agencies when consumers dispute the accuracy and completeness of information contained in a consumer credit report.

67.     Pursuant to the Act, a furnisher of disputed information is notified by the reporting agency when the agency receives a notice of dispute from a consumer such as Mr. Bremer. The furnisher must then conduct a timely investigation of the disputed information and review all relevant information provided by the agency.

68.     The results of the investigation must be reported to the agency and, if the investigation reveals that the original information is incomplete or inaccurate, the information from a furnisher such as Collection Company must report the results to other agencies which were supplied such information.

69.     After receiving the Request for Reinvestigation and all the other communications from Mr. Bremer, Collection Company negligently failed to conduct its reinvestigation in good faith.

70.     A reasonable investigation would require a furnisher such as Collection Company

to consider and evaluate a specific dispute by the consumer, along with all other facts, evidence and materials provided by the agency to the furnisher.

71.     The conduct, action and inaction of Collection Company was negligent, entitling Mr. Bremer to recover actual damages under 15 U.S.C. §1681o.

72.     As a result of the conduct, action and inaction of Collection Company, Mr. Bremer suffered damage for the loss of credit, loss of the ability to purchase and benefit from credit, and the mental and emotional pain, anguish, humiliation and embarrassment of credit denials.

73.     Mr. Bremer is entitled to recover reasonable attorney's fees and costs from Collection Company in an amount to be determined by the Court pursuant to 15 U.S.C. §§1681n and 1681o.

WHEREFORE, Plaintiff, Horst Heinrich Bremer, demands judgment in his favor against Defendant, Collecto, Inc., a Massachusetts corporation, doing business as Collection Company of America, Inc., for actual damages, together with attorney's fees and court costs pursuant to 15 U.S.C. §1681n.

### DEMAND FOR JURY TRIAL

Plaintiff, Horst Heinrich Bremer, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
rphyu@aol.com

Collection Co of America                                                    Date: 08-28-08

700 Longwater Dr

Norwell, MA 02061-1624


Re: #4760885


Dear Sir/Madam:

I recently obtained a copy of my credit report. I am very upset that you have made a negative entry in it without ever contacting me!

I believe your records are incorrect, and I am disputing this debt. I am requesting that you provide me with the following information:

> What the alleged debt is for?
>
> Explain and show me how you calculated the alleged debt.
>
> Provide me with copies of all papers that show I agree to pay the alleged debt.
>
> Provide a verification or copy of any judgment if applicable.
>
> Identify the original creditor by name and address.

I also demand that no telephone contact be made by your offices to my home phone, my cell phone, or other place of employment. If your offices attempt telephone communication with me, I will consider it harassment. All future communications with me MUST be in writing and sent to me by mail.

Finally, I also request that you immediately send a copy of this dispute letter to the original creditor so they are also aware of my dispute with this debt.


GIVE THIS LETTER THE IMMEDIATE ATTENTION IT DESERVES.


Signed,

*Horst Bremer*

Horst Bremer

8205 NW 72nd Ave

Tamarac, FL 33321


**EXHIBIT** _A_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Maw Nl_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Collection Co. of America<br>760 Longwater Dr.<br>Norwell, MA 02061-1624 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7008 1140 0003 3590 9479 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here   AUG 2? 2008

Sent To  Collection Co. of America
Street, Apt. No.; or PO Box No.  760 Longwater Dr.
City, State, ZIP+4  Norwell, MA 02061-1624

PS Form 3800, August 2006   See Reverse for Instructions

7008 1140 0003 3590 9479

CCA
700 LONGWATER DRIVE, 2ND FLOOR
NORWELL, MA  02061
PHONE:  (800)455-8026   (781)681-4300
FAX:    (781)681-4340

OFFICE HOURS
MONDAY - FRIDAY: 8AM T_____ST

CCA

09/24/08

HORST PREMER
8205 NW 72ND AVE
TAMARAC FL 33321

RE:
Original Creditor:      at&t
Creditor Account #:     2749722251608
CCA Account #:          16-4741894

Enclosed is validation of your debt as requested.  Please contact
our Collection Department at 800-700-0220 upon receipt of this
letter so that we may resolve this matter as soon as possible.

This communication is from a debt collector.  This is an attempt to
collect a debt and any information obtained will be used for that
purpose.

Thank you,

K SMITH
Processing Services Representative



COMPOSITE
EXHIBIT *β*

ccapltr864



HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 1 of 4
**Account Number** 972 274-2251 608 1
**Billing Date** Oct 17, 2006

**Web Site** att.com

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | .00 |
| Payment | .00 |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 126.35 |
| **Total Amount Due** | **$126.35** |
| Amount Due in Full By | Nov 10, 2006 |

## Billing Summary

**Questions? Call:**

**Plans and Services**                          117.76
   1 800 288-2020
Payment Arrangements:
   1 800 616-1171
Service Changes:
   1 800 288-2020
Repair Services:
   1 800 246-8464
**ZPDI**                                         8.59
   1 888 510-0734
**Total Current Charges**                      126.35

## News You Can Use Summary

- PREVENT DISCONNECT
- TX USF RATE CHANGE
- LONG DIST. PROVIDERS
- EASY BILL PAY

See "News You Can Use" for additional information

## Plans and Services

**Monthly Service - Oct 17 thru Nov 16**
Service is billed in advance from the 17th of each month.
1. Personal Choice℠ Plus                         35.00
    Basic Local Service-Residence
    Call Frwrd-Bsy Line/Don't Answ
    Call Waiting
    Call Waiting ID
    Caller ID Name Delivery
    Caller ID Number Delivery
    InLine® Repair Plan
    Touchtone
    CallNotes® Plus
       by AT&T Messaging

**Additions and Changes to Service**
This section of your bill reflects charges and credits resulting
from account activity.

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| | **Activity on Oct 12, 2006** | | | |
| | Order No. N396608 | | | |
| | **One-Time Charges** | | | |
| 2. | Installment 1 of 8 | | | 6.81 |
| | 54.65 Transferred to | | | |
| | Installment Billing for: | | | |
| | Service Establishment Charge | | | |
| | Service Connection Charge | | | |
| | **Services Established** | | | |
| | (Monthly Charges are Prorated from | | | |
| | Oct 13, 2006 through Oct 16, 2006) | | | |
| 3. | Personal Choice℠ Plus | 1 | 35.00 | 4.67 |
| 4. | Federal Universal Service Fee | 1 | .51 | .07 |
| 5. | Federal Subscriber Line Charge | 1 | 5.67 | .76 |
| 6. | Expanded Local Calling Service Surcharge | 1 | .04 | .01 |
| 7. | TX Rate Grp Reclass Surcharge | 1 | .93 | .12 |
| 8. | Star code Access to Voice Mail | 1 | | .00 |
| | Total Order No. N396608 | | | 12.44 |
| | **Total Additions and Changes to Service** | | | **12.44** |

**Local Usage**
**Pay Per Use**

| 9. | Three Way Calling 1 at $1.99 each | | | 1.99 |
|---|---|---|---|---|

**Directory Assistance**

**411**

| 10. | 5 Call(s) billed at $1.50 each | | | 7.50 |
|---|---|---|---|---|

Local Services provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the service address location.

U.S. Pat. D410, 950 and D414, 510

REPRINT



HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 2 of 4
**Account Number** 972 274-2251 608 1
**Billing Date** Oct 17, 2006

## Plans and Services

### Local Toll

| Item No. | Date | Time | Place Called | | Number | Code | Min | |
|---|---|---|---|---|---|---|---|---|
| **Itemized Calls** | | | | | | | | |
| 1. | 10-13 | 855A | DA CL COMP | | 214 320-2256 | | 1 # | .25 |
| 2. | 10-13 | 1046A | DA CL COMP | | 972 230-8794 | | 2 # | .25 |
| 3. | 10-13 | 1023P | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0420 | | | |
| 4. | 10-14 | 1041P | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0445 | | | |
| 5. | 10-14 | 1143P | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0406 | | | |
| 6. | 10-15 | 1200A | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0415 | | | |
| 7. | 10-15 | 1044A | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0444 | | | |
| 8. | 10-15 | 1101A | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0416 | | | |
| 9. | 10-15 | 1118A | DE SOTO | TX | 972 274-2251 | SB | 15 #D | 4.30 |
| | FROM | | DALLAS | TX | COIN 214 712-0404 | | | |
| Total Itemized Calls | | | | | | | | 30.60 |

\# - State Taxable
D   Payphone Use Charge of $.50 Included

**Key to Calling Codes**
B  Collect               S  Station to Station

**Total Local Toll**          30.60

### Surcharges and Other Fees

| | | |
|---|---|---|
| 10. | Federal Subscriber Line Charge | 5.67 |
| 11. | 911 Service Fee | .57 |
| 12. | TIF Reimbursement & Recovery | 3.08 |
| 13. | Federal Universal Service Fee | .51 |
| 14. | Texas Universal Service | 4.15 |
| 15. | Expanded Local Calling Service | .04 |
| 16. | TX Rate Grp Reclass Surcharge | .93 |
| 17. | Municipal Charge | .96 |
| **Total Surcharges and Other Fees** | | 15.91 |

### Taxes

| | | |
|---|---|---|
| 18. | Federal (Local Charges) | 1.37 |
| 19. | Federal (Non-regulated & Toll Charges) | .90 |
| 20. | State and Local (Local Charges) | 4.88 |
| 21. | State and Local (Non-regulated & Toll Charges) | 7.17 |
| **Total Taxes** | | 14.32 |

### Total Plans and Services      117.76
Amount Subject to Sales Tax: 45.79

## News You Can Use

**PREVENT DISCONNECT**
Thank you for being a valued customer. Please be aware that all charges must be paid each month to keep your account current and prevent collection activities. We are required to inform you that certain charges such as your telephone line, fees and surcharges, and the Advantage Plan℠, if applicable, MUST be paid in order to prevent interruption of basic local service. These charges are already included in the Total Amount Due and are $66.05 . Also, neglecting to pay for other charges such as long distance, voice mail, InLine®, wireless, and Internet may result in these services being interrupted.

**LONG DIST. PROVIDERS**
Our records indicate that you have selected AT&T Long Distance or a company that resells their services as your primary local toll carrier and AT&T Long Distance or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records.

**TX USF RATE CHANGE**
Effective October 1, 2006, the Texas Universal Service Fund assessment rate will decrease from 5.65% to 5.00%. For more information, please contact an AT&T Service Representative at the phone number listed on the front of your bill. Thank you for choosing AT&T Texas.

**EASY BILL PAY**
Paying your bill over the phone is easy and free. Call 1-800-288-2020, provide your telephone number, say "Pay Bill" and follow the prompts. You can also check your balance, confirm payments, make payment arrangements or find payment locations. Be sure to have a copy of your bill, as well as credit card or checking account information handy.

© 2006 AT&T Knowledge Ventures. All rights reserved.

4694.001.000184.01.07.0000000 NNNNNNNY 0367.0367





HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 3 of 4
**Account Number** 972 274-2251 608 1
**Billing Date** Oct 17, 2006

## Terms and Conditions

**CARRIER QUESTIONS**
You may contact the Public Utility Commission of Texas, Office of Customer
Protection, P.O. Box 13326, Austin, TX 78711-3326, 1-512-936-7120 or toll-free in
Texas at 1-888-782-8477 if you believe the local exchange provider or the
interexchange carrier on your bill are not correct or if there are unauthorized
charges on your bill. Hearing and speech impaired customers with text telephones
(TTY) may call 1-512-936-7136. When corresponding by mail, include your
complaint and copies of the phone bills. Please contact AT&T Texas to switch your
service back to the carrier of your choice.

For a complete listing of Terms and Conditions, please refer to:
- The inside of the AT&T White Pages directory, or
- Visit us on the web at att.com/terms

**CUSTOMER RIGHTS INFORMATION**
Your bill may include charges for 900 and/or information services which are non-communications services. You
may withhold payment if you dispute these charges within 60 days. Action to collect disputed amounts or
disconnect local/long distance services will be suspended pending investigation of the dispute. In addition,
failure to pay legitimate charges for these services may lead to involuntary blocking of 900 calls. You are not to
be billed for Pay-Per-Call services which do not comply with Federal laws and regulations.

**900 CALL RESTRICTION**
Your line has been equipped with mandatory 900 call restriction - direct dialed calls will not be permitted -
E.G., 1 + 900 + telephone number. AT&T does not guarantee restriction from alternate carrier billing arrangements.

**HOW TO CONTACT US**
For all slamming or cramming related billing disputes and/or inquiries contact us at att.com, call
the number listed on your bill, or mail to: AT&T-Consumer billing, PO BOX 1536, Topeka, KS 66601. To
ensure proper credit is applied to your AT&T account, bill payments (along with the tear-off portion of the
front page of your bill should be mailed to: AT&T Payment Center, PO Box 930170, Dallas Texas 75393-0170.



Case 0:09-cv-61898-PAM   Document 1   Entered on FLSD Docket 11/30/2009   Page 19 of 32



HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 4 of 4
**Account Number** 972 274-2251  608  1
**Billing Date** Oct 17, 2006

**Questions?** 1 888 510-0734

## Important Information

This portion of your bill is provided as a service to the company
identified above.  Please review all charges appearing in this section.
If you have any questions or concerns, call the telephone number
shown above.

## Current Charges

**Billed on Behalf of LEGACY LD INTL, INC**

**Long Distance**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| **Charges for 972 274-2251** | | | | | | | |
| Itemized Calls | | | | | | | |
| 1. | 10-13 | 650A | DE SOTO | TX 972 274-2251 | NOB | 7.0 # | 7.86 |
| | | | COLLECT FROM DALLAS | TX 214 327-9750 | | | |

**Surcharges and Other Fees**

| 2. | 911 Equalization Surcharge | .08 |
|---|---|---|

**Taxes**

| 3. | Federal | .00 |
|---|---|---|
| 4. | State and Local | .65 |
| **Total Taxes** | | .65 |

# State taxable

**Key to Calling Codes**
B  Collect           N  Night/Weekend          O  Oper-Dial Rates

**Total ZPDI**                    8.59



4694.001.000184.02.07.0000000 NNNNNNNY 0561.0561





HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 1 of 5
**Account Number** 972 274-2251 608 1
**Billing Date** Nov 20, 2006

**Web Site att.com**

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 126.35 |
| Payment | .00 |
| Adjustments | 6.86CR |
| Past Due - Please Pay Immediately | 119.49 |
| Current Charges | 179.20 |
| **Total Amount Due** | **$298.69** |

Current Charges Due Upon Receipt
FINAL BILL

## Billing Summary

Questions? Call:

| | | |
|---|---|---|
| **Plans and Services** | | 111.27 |
| | 1 800 288-2020 | |
| Payment Arrangements: | 1 800 616-1171 | |
| Service Changes: | 1 800 288-2020 | |
| Repair Services: | 1 800 246-8464 | |
| **AT&T Long Distance** | | 16.56 |
| | 1 800 288-2020 | |
| **ZPDI** | | 42.35 |
| | 1 888 510-0734 | |
| **ILD Teleservices** | | 9.02 |
| | 1 800 433-4518 | |
| **Total Current Charges** | | 179.20 |



## News You Can Use Summary

- FINAL BILL
- YOUR RIGHTS
- EASY BILL PAY
- 800/900 SERVICES
- REPAIR MADE EASY!
- CHECK ON AN ORDER

See "News You Can Use" for additional information

## Detail of Payments and Adjustments

| Item No. | Date | Description | Adjustments | Payments |
|---|---|---|---|---|
| 1. | 11-20 | Adj for - AT&T Long Distance | 6.86CR | |

## Plans and Services

**Additions and Changes to Service**
This section of your bill reflects charges and credits resulting from account activity.

| Item No. | Description | Quantity | Monthly Rate | Amount Billed |
|---|---|---|---|---|
| | Activity on Oct 12, 2006 | | | |
| | Order No. N396608 | | | |
| | One-Time Charges | | | |
| 2. | Balance of Installments | | | 47.84 |
| | Activity on Nov 12, 2006 | | | |
| | Order No. D769655 | | | |
| | Services Disconnected | | | |
| | (Monthly Charges were Billed in Advance and are Prorated from Nov 3, 2006 through Nov 16, 2006) | | | |
| 3. | Credit for service from Nov 3 thru Nov 16 | 1 | 42.15CR | 19.67CR |
| | **Total Additions and Changes to Service** | | | 28.17 |

**Local Usage**
**Pay Per Use**

| Item No. | Description | Amount |
|---|---|---|
| 4. | Call Return 7 at $1.99 each | 13.93 |
| 5. | Three Way Calling 6 at $1.99 each | 11.94 |
| | Total Pay Per Use | 25.87 |
| | **Total Local Usage** | 25.87 |

**Directory Assistance**

**411**

| Item No. | Description | Amount |
|---|---|---|
| 6. | 16 Call(s) billed at $1.50 each | 24.00 |

**Local Toll**

| Item No. | Date | Time | Place Called | Number | Code | Min | | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | **Itemized Calls** | | | | |
| 7. | 10-19 | 256P | DE SOTO TX FROM | 972 274-2251 | SB | 2 | #0 | 4.30 |
| | | | DALLAS TX | COIN 214 712-0402 | | | | |
| 8. | 10-24 | 211P | DA CL COMP | 972 681-3393 | | 12 | # | .25 |
| 9. | 10-24 | 854P | INTERRUPT | 972 285-0666 | 0 | | # | 7.00 |
| 10. | 10-24 | 855P | LOCAL ASST | 972 285-0666 | 0 | 10 | # | 3.95 |

Local Services provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri, AT&T Oklahoma, or AT&T Texas based upon the service address location.



**at&t**

HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

| | |
|---|---|
| **Page** | 2 of 5 |
| **Account Number** | 972 274-2251 608 1 |
| **Billing Date** | Nov 20, 2006 |

## Plans and Services

### Local Toll - Continued

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| 1. | 10-27 | 1223P | DA CL COMP | 214 388-0549 | | 2 # | .25 |
| 2. | 10-27 | 426P | DE SOTO    TX | 972 274-2251 | 0B | 2 #D | 4.45 |
| | FROM | | DALLAS    TX | COIN 214 327-9536 | | | |
| 3. | 10-31 | 858A | NATL411SVC | 972 411-0000 | | # | 1.99 |
| 4. | 10-31 | 908A | NATL411SVC | 972 411-0000 | | # | 1.99 |
| Total Itemized Calls | | | | | | | 24.18 |

\# - State Taxable
D    Payphone Use Charge of $.50 Included

**Key to Calling Codes**
B  Collect          O  Oper-Dial Rates          S  Station to Station

**Total Local Toll**                                24.18

### Surcharges and Other Fees

| | | |
|---|---|---|
| 5. | TIF Reimbursement & Recovery | .11 |
| 6. | Texas Universal Service | 2.91 |
| **Total Surcharges and Other Fees** | | **3.02** |

### Taxes

| | | |
|---|---|---|
| 7. | Federal (Local Charges) | .89 |
| 8. | Federal (Non-regulated & Toll Charges) | .15 |
| 9. | State and Local (Local Charges) | 4.46 |
| 10. | State and Local (Non-regulated & Toll Charges) | .53 |
| **Total Taxes** | | **6.03** |

**Total Plans and Services**                        111.27
Amount Subject to Sales Tax: 3.02

## AT&T Long Distance

**Important Information**

Message Regarding Terms & Conditions:
To view your Terms & Conditions for AT&T Long
Distance, access www.sbc.com/public_affairs
or call 1-888-225-8530 to have a copy mailed.
AT&T Long Distance Calling Card Policy Change:
Effective 1/12/07, any AT&T Long Distance
Calling Card that has not been used or is no
longer used for any continuous 18 month period
will be considered `abandoned' by AT&T Long
Distance. The Company may, at its sole
discretion, deactivate any abandoned Calling
Card(s) without further customer notice. For
more information, please call 1-888-516-2272.
Thank you.

### Invoice Summary

(as of November 06, 2006)

| | Amount |
|---|---|
| Current Charges | |
| Service Charges | 14.13 |
| Credits and Adjustments | .00 |
| Call Charges | .00 |
| Surcharges and Other Fees | 1.29 |
| Taxes | 1.14 |
| **Total Invoice Summary** | **16.56** |

### Service Charges
**Monthly Service Charges**

| | Type of Service | Period | Qty | Amount |
|---|---|---|---|---|
| 11. | Nationwide Call 100 (Prorated) | 10/13-11/04 | 1 | 6.13 |
| 12. | Nationwide Call 100 | 11/05-12/04 | 1 | 8.00 |
| Total Monthly Service Charges | | | | 14.13 |

**Total Service Charges**                              14.13

### Call Charges - Oct 11th thru Nov 4th
Calls for 972-274-2251

Domestic

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 13. | 10-31 | 900A | MCALLEN TX | 956 686-0263 | D | 9:00 | .00 |
| 14. | 10-31 | 900A | MCALLEN TX | 956 682-4374 | D | 4:00 | .00 |
| Subtotal Domestic Calls for 972-274-2251 | | | | | | | .00 |

Total Domestic Calls for 972-274-2251                    .00

Total Calls for 972-274-2251                             .00
Total Call Charges                                       .00

### Surcharges and Other Fees

| | Description | |
|---|---|---|
| 15. | Fed Universal Service Fund | .53 |
| 16. | Federal Regulatory Fee | .04 |
| 17. | TX 911 Equalization Surcharge | .09 |
| 18. | TX Interstate Telecom Infrastructure Fund Reimburs | .07 |
| 19. | TX Intrastate Telecom Infrastructure Fund Reimburs | .11 |
| 20. | TX USF Charge (5.00%) | .43 |
| 21. | TX Utility Gross Receipts Assessment | .02 |
| **Total Surcharges and Other Fees** | | **1.29** |

### Taxes

| | Description | |
|---|---|---|
| 22. | Federal Tax | .00 |
| 23. | State and Local Taxes | 1.14 |
| **Total Taxes** | | **1.14** |

© 2006 AT&T Knowledge Ventures. All rights reserved.



4694.001.000184.03.07.0000000 NNNNNNNY 0563.0563



HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 3 of 5
**Account Number** 972 274-2251 608 1
**Billing Date** Nov 20, 2006

## AT&T Long Distance

**Taxes - Continued**

Key to Calling Codes
D   Day

**Total AT&T Long Distance**                               **16.56**

## News You Can Use

**800/900 SERVICES**
Per-line or per-call blocking does not prevent transmission of your telephone number when you call a company using an 800, 888, another toll-free prefix, or 900 number. Therefore, your number may be available to that company's service representative before your call is answered.

**YOUR RIGHTS**
If you have a service problem or a question about our bill or your telephone service, you may find help in the Customer Guide Pages in the front of the AT&T White Pages Directory. Here you will find a special section entitled, "Your Rights as a Customer."

**REPAIR MADE EASY!**
Did you know that you can report trouble or check the status of a trouble on your voice line by using our Automated Repair System? Our system is able to test your line, diagnose the problem, and let you know when your trouble will be repaired. It's that easy. Call us at 1 800 246-8464 or visit us online at att.com/repair.

**FINAL BILL**
This is your final bill for telephone service and reflects all charges applied to your account through Nov 15. Payment in full of this bill is due upon receipt. If payment cannot be made, please contact the business office on 1-877-342-9991 to arrange a satisfactory payment plan. Calling cards issued for this account are now void and should be destroyed. Third number calls may not be charged to this account. Thank you for the opportunity to serve you.

**EASY BILL PAY**
Paying your bill over the phone is easy and free. Call 1-800-288-2020, provide your telephone number, say "Pay Bill" and follow the prompts. You can also check your balance, confirm payments, make payment arrangements or find payment locations. Be sure to have a copy of your bill, as well as credit card or checking account information handy.

**CHECK ON AN ORDER**
Call 1-800-288-2020, provide your telephone number, and say "Check on Order" to find out the status of an order. You will need to enter your order number and then follow the prompts. HELP WITH A PHONE FEATURE: Call 1-800-288-2020, provide your telephone number, say the name of the feature (such as "Caller ID"), and then say "Get Information" at the next prompt. You will be provided a list of topics specific to that feature.

## Terms and Conditions

**HOW TO CONTACT US**
For all slamming or cramming related billing disputes and/or inquiries contact us at att.com, call the number listed on your bill, or mail to: AT&T-Consumer billing, PO BOX 1536, Topeka, KS 66601. To ensure proper credit is applied to your AT&T account, bill payments (along with the tear-off portion of the front page of your bill should be mailed to: AT&T Payment Center, PO Box 930170, Dallas Texas 75393-0170.

**CARRIER QUESTIONS**
You may contact the Public Utility Commission of Texas, Office of Customer Protection, P.O. Box 13326, Austin, TX 78711-3326, 1-512-936-7120 or toll-free in Texas at 1-888-782-8477 if you believe the local exchange provider or the interexchange carrier on your bill are not correct or if there are unauthorized charges on your bill. Hearing and speech impaired customers with text telephones (TTY) may call 1-512-936-7136. When corresponding by mail, include your complaint and copies of the phone bills. Please contact AT&T Texas to switch your service back to the carrier of your choice.





HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 4 of 5
**Account Number** 972 274-2251 608 1
**Billing Date** Nov 20, 2006

**Questions?** 1 888 510-0734

## Important Information

This portion of your bill is provided as a service to the company
identified above.  Please review all charges appearing in this section.
If you have any questions or concerns, call the telephone number
shown above.

## Current Charges

### Billed on Behalf of Custom Teleconnect

**Long Distance**

| Item No. | Date | Time | Place Called | | Number | Code | Min | |
|---|---|---|---|---|---|---|---|---|
| **Charges for 972 274-2251** | | | | | | | | |
| *Itemized Calls* | | | | | | | | |
| 1. | 10-23 | 1253P | DE SOTO | TX | 972 274-2251 | DSB | 4.0 # | 14.56 |
| | | | COLLECT FROM ADDISON | TX | 972 934-4965 | | | |
| 2. | 10-23 | 100P | DE SOTO | TX | 972 274-2251 | DSB | 6.0 # | 16.34 |
| | | | COLLECT FROM ADDISON | TX | 972 934-4965 | | | |
| Total Itemized Calls | | | | | | | | 30.90 |
| Total Charges for 972 274-2251 | | | | | | | | 30.90 |
| Total Long Distance | | | | | | | | 30.90 |
| **Total for   Custom Teleconnect** | | | | | | | | **30.90** |

### Billed on Behalf of LEGACY LD INTL, INC

**Long Distance**

| Item No. | Date | Time | Place Called | | Number | Code | Min | |
|---|---|---|---|---|---|---|---|---|
| **Charges for 972 274-2251** | | | | | | | | |
| *Itemized Calls* | | | | | | | | |
| 3. | 10-18 | 122P | DE SOTO | TX | 972 274-2251 | DOB | 7.0 # | 7.86 |
| | | | COLLECT FROM DALLAS | TX | 214 324-9093 | | | |

**Surcharges and Other Fees**

| 4. | 911 Equalization Surcharge | .39 |
|---|---|---|

**Taxes**

| 5. | Federal | .00 |
|---|---|---|
| 6. | State and Local | 3.20 |
| **Total Taxes** | | **3.20** |

# State taxable

**Key to Calling Codes**
B  Collect
S  Station to Station
D  Day
O  Oper-Dial Rates

**Total ZPDI**          42.35

4694.001.000184.04.07.0000000 NNNNNNNY 0565.0565





**I L D**
*Teleservices Inc.*

HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 5 of 5
**Account Number** 972 274-2251  608  1
**Billing Date** Nov 20, 2006

**Questions?** 1 800 433-4518

## Important Information

This portion of your bill is provided as a service to the company
identified above.  Please review all charges appearing in this section.
If you have any questions or concerns, call the telephone number
shown above.

## Current Charges

**Billed on Behalf of Verizon Select Svcs.**
Questions?  Call:  1 800 433-4518
**Long Distance**
Item

| No. | Date | Time | Place Called | Number | Code | Min | |
|-----|------|------|--------------|--------|------|-----|---|
| **Charges for 972 274-2251** | | | | | | | |
| Itemized Calls | | | | | | | |
| 1. | 10-27 | 321P | DE SOTO | TX 972 274-2251 | D0B | 10.0 # | 8.25 |
| | | COLLECT FROM DALLAS | | TX 214 328-0151 | | | |

**Surcharges and Other Fees**
| 2. | 911 Equalization Surcharge | .09 |

**Taxes**
| 3. | Federal | .00 |
| 4. | State and Local | .68 |
| **Total Taxes** | | **.68** |

# State taxable

**Key to Calling Codes**
B  Collect          D  Day          0  Oper-Dial Rates

## Total ILD Teleservices                     9.02







HORST PREMIER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 1 of 3
**Account Number** 972 274-2251 608 1
**Billing Date** Dec 17, 2006

**Web Site** att.com

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 298.69 |
| Payment | .00 |
| Adjustments | .00 |
| Past Due - Please Pay Immediately | 298.69 |
| Current Charges | 13.70 |
| **Total Amount Due** | **$312.39** |

Current Charges Due Upon Receipt

REVISED FINAL BILL

## Billing Summary

**Questions? Call:**

**Plans and Services** .00
   1 800 288-2020
Payment Arrangements:
   1 800 616-1171
Service Changes:
   1 800 288-2020
Repair Services:
   1 800 246-8464
**ZPDI** 13.70
   1 888 510-0734
**Total Current Charges** 13.70



## News You Can Use Summary

- REVISED FINAL BILL    • SVC DISCONTINUATION
- AT&T LOCAL TOLL
See "News You Can Use" for additional information

## AT&T Long Distance

**Important Information**

Changes to Federal Regulatory Fee:
Effective on or after January 22, 2007, the
Federal Regulatory Fee will be identified as
the Carrier Cost Recovery Fee. Its rate will
change from 0.7% to $0.99 per month in which you
have state-to-state and/or international charges
on your AT&T Long Distance telephone account.

Calling Card Features:
Effective March 1, 2007, Conference Calling and
Speed Dialing features will no longer be available
when you use your AT&T Long Distance Calling Card.
We apologize for any inconvenience. For more
information, please call the number on your bill.

Plan Change Effective February 15, 2007:
Effective February 15, 2007, the Just Call Plus
100 Aka AT&T Nationwide Calling 100sm calling plan
will no longer be offered to new customers. You
may keep the plan until it is discontinued
entirely, or until you move or change your
service. If you move or change your service, you
must select another long distance price plan. The
monthly recurring charge will remain $8.00 and the
domestic direct-dialed per minute rate beyond the
initial 100 minutes will remain $0.09. For more
information, or to discuss other long distance
calling plans, please refer to the phone number on
the front of your bill. Thank you for choosing
AT&T Long Distance.

**Invoice Summary**

(as of December 06, 2006)

| | Amount |
|---|---|
| Current Charges | |
| Service Charges | .00 |
| Credits and Adjustments | .00 |
| Call Charges | .00 |
| Surcharges and Other Fees | .00 |
| Taxes | .00 |
| **Total Invoice Summary** | **.00** |

**Taxes**

| Description | |
|---|---|
| 1. Federal Tax | .00 |

Local Services provided by AT&T Arkansas, AT&T Kansas, AT&T Missouri,
AT&T Oklahoma, or AT&T Texas based upon the service address location.

Case 0:09-cv-61898-FAM   Document 1   Entered on FLSD Docket 11/30/2009   Page 26 of 32



HORST PREMER
505 STARLING DR
DESOTO TX 75115 - 7620

**Page** 2 of 3
**Account Number** 972 274-2251  608  1
**Billing Date**  Dec 17, 2006

## AT&T Long Distance

Taxes - Continued

|  | Description |  |
|---|---|---|
| 1. | State and Local Taxes | .00 |
| **Total Taxes** |  | **.00** |
| **Total AT&T Long Distance** |  | **.00** |

## News You Can Use

**SVC DISCONTINUATION**
The SBC Calling Services Cards and the SBC One Number Calling Cards
(1 800 522-2020 cards) will not be offered to new customers as of 2/19/07 and will
be discontinued on 3/1/07. Cardholders may continue to use their cards through
2/28/07, after which time the cards will no longer function. For information on
alternative solutions, please contact us at 1 800 288-2020. Thank you for
choosing AT&T.

**AT&T LOCAL TOLL**
Effective 1/1/2007, the out-of-state Local Toll day, evening and night per minute
rates will increase from $0.39 to $0.47. These changes do not apply to AT&T Long
Distance plans. For more information, or to learn more about our money-saving
packages, please call 1 800 288-2020 or visit us online at att.com.

**REVISED FINAL BILL**
This revised bill for telephone service includes charges not previously billed to your
account. A summary of the charges is provided on another page of this bill.  If full
payment cannot be made please contact the business office on 1-877-342-9991
to arrange a satisfactory payment plan. Also, if calling cards were issued for this
account they are now void and should be destroyed. Third number calls may not be
charged to this account. Thank you for the opportunity to serve you.

## Terms and Conditions

**CARRIER QUESTIONS**
You may contact the Public Utility Commission of Texas. Office of Customer Protection, P.O. Box 13326,
Austin, TX 78711-3326, 1-512-936-7120 or toll-free in Texas at 1-888-782-8477 if you believe the
local exchange provider or the interexchange carrier on your bill are not correct or if there are
unauthorized charges on your bill. Hearing and speech impaired customers with text telephones (TTY)
may call 1-512-936-7136. When corresponding by mail, include your complaint and copies of the phone
bills. Please contact AT&T Texas to switch your service back to the carrier of your choice.

**NEED TO CONTACT US?**
Since our telephone directories are published only once per year, the toll-free customer service number listed
in your current directory could be outdated. To ensure that you reach the correct customer service
representative, please contact us at att.com or 800 288-2020 for questions about your residential bill or order.
Please have your  bill handy for review. Thank you for choosing AT&T.



© 2006 AT&T Knowledge Ventures.  All rights reserved.

4694.001.000184.06.07.0000000 NNNNNNNNY 0569.0569





|  | HORST PREMER | **Page** | 3 of 3 |
|--|--------------|----------|--------|
|  | 505 STARLING DR | **Account Number** | 972 274-2251 608 1 |
|  | DESOTO TX 75115 - 7620 | **Billing Date** | Dec 17, 2006 |
|  |  | **Questions?** | 1 888 510-0734 |

## Important Information

This portion of your bill is provided as a service to the company
identified above. Please review all charges appearing in this section.
If you have any questions or concerns, call the telephone number
shown above.

## Current Charges



**Billed on Behalf of Custom Teleconnect**

**Itemized Charges and Credits**

Item

No. Date  Description

Charges for 972 274-2251

| 1. | 10-23 | CUSTOM TELECONNECT REGULATORY ASMTFEE |  | 1.45 |
| 2. | 10-23 | CUSTOM TELECONNECT REGULATORY ASMTFEE |  | 1.50 |
| 3. | 10-31 | CUSTOM TELECONNECT COLLECT CALL FEE | # | 2.00 |

Total Charges for  972 274-2251  4.95

Total Itemized Charges and Credits  4.95

**Total for  Custom Teleconnect**  4.95

**Billed on Behalf of LEGACY LD INTL, INC**

**Long Distance**

Item

No. Date  Time  Place Called  Number  Code  Min

Charges for 972 274-2251

Itemized Calls

| 4. | 10-13 | 737A | DE SOTO | TX 972 274-2251 | NOB | 7.0 # | 7.86 |
|  |  | COLLECT FROM DALLAS | TX 214 327-9980 |  |  |  |  |

**Surcharges and Other Fees**

5.  911 Equalization Surcharge  .08

**Taxes**

6.  Federal  .00

7.  State and Local  .81

**Total Taxes**  .81

# State taxable

**Key to Calling Codes**

B  Collect        N  Night/Weekend        O  Oper-Dial Rates

**Total ZPDI**  13.70

CCA
700 Longwater Drive
Norwell, MA 02061

Re: Original creditor:     AT&T
    Creditor Account #'s:  6602147170340 and 2749722251608
    CCA  Account #'s:     16-4760885 and 16-4741894

Date: 10-03-2008

Dear Sir/Madam

I am writing in response to your letter. I believe your records are incorrect, and I am disputing this debt.

I formally request that you CEASE and DESIST all your efforts to collect on the above referenced accounts and debts.

You are hereby instructed to cease all collection efforts immediately in any way, shape, or form. This request includes phone calls, letters, faxes, third party contacts, internet, calling my place of employment, contacting my friends, neighbors, or family members.

Do NOT call me, write me, contact my relatives, friends, or work place in any way after you receive this letter.

I have no desire to work with a collection agency. Concerning this matter, a police report has been filed already and I will contact the original creditor to resolve this matter directly, as circumstances warrant.

GIVE THIS LETTER THE IMMEDIATE ATTENTION IT DESERVES.

*Horst Bremer*

Horst Bremer

8205 NW 72nd Ave
Tamarac, FL 33321

**EXHIBIT** _C_

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NORWELL MA 02061

| | | |
|---|---|---|
| Postage | $ | $0.42 | 0275 |
| Certified Fee | | $2.70 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.32 | 10/03/2008 |

Sent To
*CCA*
Street, Apt. No.; or PO Box No.
*780 Longwater Dr.*
City, State, ZIP+4
*NORWELL, MA 02061*

PS Form 3800, August 2006                 See Reverse for Instructions

7008 1140 0003 3587 4623

---

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*CCA*
*780 Longwater Dr.*
*Norwell, MA 02061*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
10/6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7008 1140 0003 3587 4623

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

P.O. Box 2000
Chester, PA 19022



10/09/2008   TransUnion.

P0MHX700204691-I029787
HORST HEINRICH BREMER
8205 NW 72ND AV 72ND
TAMARAC, FL 33321

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| COLLECTION CO OF AMERICA | # 4760885 | DELETED |



EXHIBIT D

File Number:   191770957
Page:          1 of 1
Date Issued:   10/09/2008          Trans**Union.**

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

Horst Heinrich Bremer, an individual

**(b)** County of Residence of First Listed Plaintiff **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert W. Murphy
1212 SE 2nd Avenue
Fort Lauderdale, FL 33316   Telephone: (954) 763-8660

## DEFENDANTS

Collecto, Inc., a Massachusetts corporation, d/b/a "Collection Company of America, Inc."

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE   ☐ MONROE ☒ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

O:09CV 61898-morino
Torres

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                           and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | |
| | Employment | ☐ 550 Civil Rights | Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | ☐ 950 Constitutionality of State |
| | Other | | Detainee | | Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Re-filed-
(see VI below)

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions
second page):

a) Re-filed Case ☐ YES ☒ NO        b) Related Cases ☐ YES ☒ NO

JUDGE                           DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

Violation of 15 U.S.C.§1692, et sequi (Fair Debt Collection Practices Act)

LENGTH OF TRIAL via   2   days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO
THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
11/23/09

FOR OFFICE USE ONLY

AMOUNT 350.00        RECEIPT # 548193        IFP